427 A.2d 257

Commonwealth v. David, Appellant.

Argued November 14, 1979.  John A. Havey, for appellant;  John L. Brown, Jr., Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order affirmed.

427 A.2d 257

Commonwealth v. Elliott, Appellant.

Submitted September 13, 1979.  Arthur J. King, Assistant Public Defender, for appellant;  John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.